Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation   :   1:06-md-1789 (JFK)
                                                    :
------------------------------------------------------x
*This Document Relates to:*                  :   **NOTICE OF APPEARANCE**
Dorothy Dunning                              :
v. Merck & Co., Inc.                         :
                                                    :
Case No: 1:08-cv-5538-JFK                  :
------------------------------------------------------x

      PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

2

Dated: July 22, 2008
     New York, New York                Respectfully submitted,

                                          By: _____/s/_____
                                              David J. Heubeck

                                              Venable LLP
                                              750 E. Pratt Street, Suite 900
                                              Baltimore, Maryland 21202
                                              Tel:  (410) 244-7731
                                              Fax:  (410) 244-7742
                                              Email: djheubeck@venable.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                        /s/
                           David J. Heubeck

                           Venable LLP
                           750 E. Pratt Street, Suite 900
                           Baltimore, Maryland 21202
                           Tel:  (410) 244-7731
                           Fax:  (410) 244-7742
                           Email: djheubeck@venable.com